UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jerry Brandt, )
 )
 )
    Plaintiff, )
 )
vs. ) Case No. 4:15cv247 UNA
 )
 )
City of La Grange, Missouri, et al., )
 )
    Defendants. )

## ORDER

The above styled and numbered case was filed on February 6 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:15-cv-00007.

**IT IS FURTHER ORDERED** that cause number 4:15cv247 UNA be administratively closed.

                                                      GREGORY J. LINHARES,
                                                      CLERK OF COURT

Dated: February 6, 2015                      By: /s/ Michele Crayton
                                                             Deputy In Charge

**In all future documents filed with the Court, please use the following case number 2:15-cv-00007 SPM.**